No. 279. WONG *v.* FINKELSTEIN ET AL., CONSTITUTING THE TEMPORARY CITY HOUSING RENT COMMISSION. Court of Appeals of New York. Certiorari denied. *Herbert Burton Brill* for petitioner. *Nathan W. Math* for respondents.

No. 282. FLYNN, TRUSTEE, ET AL. *v.* RECONSTRUCTION FINANCE CORP. C. A. 2d Cir. Certiorari denied. *Clifford L. Porter* and *Chester B. McLaughlin* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison* and *Paul A. Sweeney* for respondent.

No. 283. CROSS *v.* KILIANI. Court of Appeals of New York. Certiorari denied. *Arthur G. Warner* and *James E. Birdsall* for petitioner. *Joseph Walker* for respondent.

No. 285. HEALD *v.* UNITED STATES;
No. 286. HEALD *v.* UNITED STATES; and
No. 287. HEALD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Byron G. Rogers* for petitioners. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Israel Convisser* for the United States.

No. 288. LYKES BROS. STEAMSHIP CO., INC. *v.* CANNELLA. C. A. 2d Cir. Certiorari denied. *Arthur M. Boal* for petitioner. *Nathan Baker* for respondent.

No. 289. REMINGTON RAND, INC. *v.* ROYAL TYPEWRITER CO., INC. C. A. 2d Cir. Certiorari denied. *Francis J. McNamara* and *Joseph V. Meigs* for petitioner. *William H. Davis* and *George E. Faithfull* for respondent.